IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | Case No. 1:25-cv-77 (LAG) |
| | * |
| RICHARD T. BRIM, III, VANSH PATEL and PIYUSHKUMAR PATEL, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 5, 2025 and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 12th day of August, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk